IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

LAQUISHA BONITA DAVIS,

    Plaintiff,

v.                                    Civil Action No: 1:12-01479

ALDERSON FEDERAL PRISON CAMP
HSU MEDICAL STAFF,

    Defendant.

**MEMORANDUM OPINION AND ORDER**

    Pending before the court is plaintiff's application to proceed without prepayment of fees and costs. (Doc. No. 5). By Standing Order, this matter was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge VanDervort submitted to the court his Proposed Findings and Recommendation on April 16, 2015, in which he recommended that the district court deny plaintiff's application to proceed without prepayment of fees, (Doc. No. 5), dismiss plaintiff's complaint, (Doc. Nos. 1, 4), and remove this matter from the court's docket. (Doc. No. 9).

    In accordance with the provisions of 28 U.S.C. § 636(b), plaintiff was allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation. The failure to file such

objections constitutes a waiver of the right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Plaintiff failed to file any objections to the Magistrate Judge's Findings and Recommendation within the seventeen-day period. Having reviewed the Findings and Recommendation filed by Magistrate Judge VanDervort, the court adopts the findings and recommendation contained therein.

The court hereby **DENIES** plaintiff's application to proceed without prepayment of fees, (Doc. No. 5), **DISMISSES** her complaint, (Doc. Nos. 1, 4), and **DIRECTS** the Clerk to remove this case from the court's docket.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se.

It is SO ORDERED this 13th day of May, 2015.

ENTER:

David A. Faber
Senior United States District Judge

2